1
2
3
4
5
6                       IN THE UNITED STATES DISTRICT COURT

7                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   UNITED STATES OF AMERICA,                    No. C 06-00539 WHA

11          Plaintiff,

12     v.                                         **ORDER GRANTING
                                                  CONTINUANCE OF CASE
13   ALFONSO MARTINEZ, aka SILVIANO               MANAGEMENT CONFERENCE
     ALFONSO MARTINEZ RODRIGUEZ,                  AND INITIAL DEADLINES**
14
15          Defendant.
                                              /
16

17       The Court hereby **CONTINUES** the case management conference to **MAY 18, 2006, AT**

18   **11:00 A.M.**  All initial disclosures and ADR deadlines are **EXTENDED** accordingly.

19       **PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

20

21       **IT IS SO ORDERED.**

22

23   Dated:  April 17, 2006.
                                         _____
24                                       WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE
25
26
27
28

**United States District Court**
For the Northern District of California