IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALFONSO MARTINEZ, aka SILVIANO<br>ALFONSO MARTINEZ RODRIGUEZ,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 06-00539 WHA<br><br>**SECOND ORDER GRANTING IN PART PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DEADLINES** |

The Court hereby **CONTINUES** the case management conference to **JUNE 22, 2006, AT 11:00 A.M.** All initial disclosures deadlines are **EXTENDED** accordingly.

**THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: May 9, 2006.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE