IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALFONSO MARTINEZ RODRIGUEZ,<br>a/k/a SILVIANO ALFONSO MARTINEZ<br>RODRIGUEZ,<br><br>    Defendant.<br>                                      / | No. C 06-00539 WHA<br><br>**ORDER DENYING PLAINTIFF'S THIRD REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

The Court **DENIES** plaintiff's request to continue the case management conference for a third time for another two months. The case management conference remains on **JUNE 22, 2006, AT 11:00 A.M.** Plaintiff shall please serve a copy of this order on counsel for defendant.

**IT IS SO ORDERED.**

Dated:  June 14, 2006.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE