**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO MARTINEZ RODRIGUEZ,<br>aka SILVIANO ALFONSO MARTINEZ RODRIGUEZ,<br><br>Defendant. | No. C 06-00539 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINES** |

The new deadlines are as follows:

1. Last day to file joint ADR certification shall be **EXTENDED** to **JULY 6, 2006**.

2. Last day to file/serve joint case management statement shall be **JUNE 13, 2006**.

3. Case management conference shall be **JULY 20, 2006, AT 11:00 A.M.**

**PLEASE MEET THESE DEADLINES.**

**IT IS SO ORDERED.**

Dated: June 15, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE