IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALFONSO MARTINEZ RODRIGUEZ,<br>a/k/a SILVIANO ALFONSO MARTINEZ<br>RODRIGUEZ,<br><br>  Defendant.<br>_____/ | No. C 06-00539 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Court has granted three continuances for a total of three months in this case. There will be no further continuances. The parties' stipulation to extend time and to continue the case management conference is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 12, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE